# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROXANNE L. SEVERINSEN,**
**Plaintiff,**

**v.**                                                          **Case No. 23-CV-759**

**MARTIN J. O'MALLEY.**
**Acting Commissioner of the Social Security Administration**
**Defendant.**

☐      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the ALJ's decision is reversed, and the matter is remanded for further proceedings consistent with this decision pursuant to 42 U.S.C. § 405(g), sentence four.  The clerk shall enter judgment accordingly.

2/22/2024
Date

Gina Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk